# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>    Defendant. | NO. EDCV07-594-SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: January 31, 2008.

/s/

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE